# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 31, 2015

**To:**   Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 15-2867
>
> Caption:
> DAVID RHEIN,
> Plaintiff - Appellant
>
> v.
>
> JOHN COFFMAN, Lieutenant, an Illinois State Police Officer; in his individual capacity,
> Defendant - Appellee

> District Court No: 1:13-cv-00843
> District Judge Gary S. Feinerman
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 08/28/2015

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)