# United States Court Of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

## SUBSTITUTE APPEARANCE

Appellate Court No. : 15-2867                                   Docketed on:  8/31/15
Short Caption:          Rhein v. Coffman
District Court Judge:   Gary S. Feinerman
District Court No.:     13-843

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You must either enter your appearance within 10 days of docketing this appeal pursuant to Circuit Rule 12(c) or indicate your non - involvement by filing a motion with this court.  A "Certificate of Interest" pursuant to Circuit Rule 26.1 must also accompany this form if you intend to participate in this case.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL OR PRO SE ON BEHALF OF:
John Coffman as the
                                     (Party Name)

[ ]   appellant(s)              [ X ]   appellee(s)              [ ]   amicus curiae
[ ]   petitioner(s)             [   ]   respondent(s)            [ ]   intervenor(s)

Verify that the address and firm (if any) information is accurate.  If incorrect, strike through the incorrect information and record it correctly.

    Firm, Office or Facility:       OFFICE OF THE ATTORNEY GENERAL
    Unit, Division or Section:      CIVIL APPEALS DIVISION
    Address:                        100 West Randolph Street, 12th Floor
    City/State/Zip:                 Chicago, Illinois 60601
    Firm Telephone Number:          (312) 814-3312

Name:        Frank H. Bieszczat
Signature: /s/ Frank H. Bieszczat
Direct Phone No. (312) 814-2234
Admitted to Appellate Court?  No

Add other counsel from your firm who will be participating in this case and did not receive an appearance form.

1. Print Name:_____    2. Print Name:_____
   Signature: _____       Signature: _____
   Direct Phone No. (   )                      Direct Phone No. (   )
   Admitted to Appellate Court? Y___ N ___     Admitted to Appellate Court? Y___ N ___

Lead counsel must be admitted to this court within 30 days of docketing and any attorney who orally argues must be admitted to this court, pursuant to Circuit Rule 46(a).
(1076-122194)

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | SS. |
| COUNTY OF COOK | ) | |

## CERTIFICATE OF FILING AND SERVICE

I certify that on September 2, 2015, I electronically filed the foregoing Substitute Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

The other participant in this appeal, named below, is a CM/ECF user, and thus will be served via the CM/ECF system.

Richard Dvorak
Dvorak Law Offices, LLC
6262 Kingery Highway, Suite 305
Willowbrook, Illinois 60527
richard.dvorak@civilrightsdefenders.com

/s/ Frank H. Bieszczat
FRANK H. BIESZCZAT
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2234
FBieszczat@atg.state.il.us
