# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
# NO. 15-2867

| | | |
|---|---|---|
| DAVID RHEIN, | ) | Appeal from the United States District |
| | ) | Court for the Northern District of |
| | ) | Illinois. |
| Plaintiff-Appellant, | ) | |
| | ) | No. 13 CV 843 |
| vs. | ) | |
| | ) | |
| LIEUTENANT JOHN COFFMAN, | ) | |
| | ) | The Honorable |
| | ) | Judge Gary Feinerman, |
| Defendant-Appellee. | ) | District Court Judge Presiding. |

## PLAINTIFF-APPELLANT'S SECOND UNAPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE OPENING BRIEF

The Plaintiff-Appellant, DAVID RHEIN, by his attorney, Richard Dvorak, of DVORAK LAW OFFICES, LLC, hereby respectfully requests this Court grant the Plaintiff-Appellant's second motion for an extension of time to file the opening brief, up to and including December 14, 2015. In support, the Plaintiff-Appellant state as follows:

1. This is an appeal of the denial of the Plaintiff's motion for summary judgment and the granting of the Defendant's motion for summary judgment on a civil rights case, pursuant to 42 U.S.C. 1983.

2. The opening brief is due on or before November 12, 2015.

3. There has been one prior request for an extension of time, which was granted.

4. The undersigned is an attorney in a small law practice and is engaged in prosecuting numerous other state and federal civil cases, as well as defending numerous state and federal criminal cases. The undersigned had one associate

attorney working for him, but she has resigned to take another position, and her replacement did not begin until November 1. This heavy workload and staff shortage has caused the undersigned to not be able to timely file the opening brief.

5. The undersigned has completed a substantial portion of the opening brief, but requests additional time to finish writing the brief, and begin the editing process.

6. The attorney for the Defendant-Appellee, Mr. Bieszczat, indicated he does not oppose the granting of this motion.

WHEREFORE, the Plaintiff-Appellant, by and through his attorney, Richard Dvorak, of DVORAK LAW OFFICES, LLC, respectfully request this Court enter an order granting the Plaintiff-Appellant's motion for extension of time to file the opening brief, up to and including December 14, 2015.

Respectfully Submitted,

s/ Richard Dvorak
_____
Richard Dvorak,
Attorney the Plaintiff-Appellant.

Richard Dvorak
DVORAK LAW OFFICES, LLC
6262 Kingery Highway, Suite 305
Willowbrook, IL 60527
(312) 593-7146 (phone)
richard.dvorak@civilrightsdefenders.com
Attorney No. 6269687 (IL)

## ATTORNEY DECLARATION

I, Richard Dvorak, an attorney, under penalties of perjury, do hereby swear and affirm that the above is true and accurate to the best of my knowledge.


s/Richard Dvorak
_____
Richard Dvorak

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 6, 2015, he served the foregoing document, **Motion for Extension of Time**, upon all counsel of record via electronic filing.

/s/ Richard Dvorak
Richard Dvorak,
Attorney for the Plaintiff-Appellant