No. 15-2867

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| DAVID RHEIN, | ) Appeal from the United States |
| | ) District Court for the Northern |
| Plaintiff-Appellant, | ) District of Illinois, Eastern |
| | ) Division |
| v. | ) |
| | ) No. 13-843 |
| JOHN COFFMAN, Lieutenant, an Illinois | ) |
| State Police Officer, in his individual capacity, | ) The Honorable |
| | ) GARY S. FEINERMAN, |
| Defendant-Appellee. | ) Judge Presiding. |

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Defendant-Appellee, John Coffman, moves this court for an extension of time to file his response brief in this appeal from January 13, 2016, to February 12, 2016, and submit the attached declaration in support of this motion.

                                        Respectfully submitted,

                                        LISA MADIGAN
                                        Attorney General
                                        State of Illinois

BY:   /s/ Frank H. Bieszczat
          FRANK H. BIESZCZAT
          Assistant Attorney General
          100 West Randolph Street
          12th Floor
          Chicago, Illinois 60601
          (312) 814-2234
          Fbieszczat@atg.state.il.us

STATE OF ILLINOIS   )
                    )   SS.
COUNTY OF COOK      )

# DECLARATION

I. FRANK H. BIESZCZAT, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. I have personal knowledge of the facts stated in this declaration. If called upon, I could testify competently to those facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of Illinois, and I have been assigned to represent Defendant-Appellee, John Coffman, in this court in this appeal, which is docketed No. 14-2867.

3. The Defendant-Appellee's response brief in this appeal is due to be filed in this court on January 13, 2016, on no extensions of time.

4. This motion is being made more than seven days before the brief's due date, as required by Circuit Rule 26.

5. I will be unable to begin drafting the response brief in this appeal, finish the draft, have it reviewed through the regular review process followed by the Civil Appeals Division, finalize the draft, and file the brief in this court by January 13, 2016, for several reasons.

6. On December 22, 2015, I filed the response brief of Defendant-Appellee in the Illinois Appellate Court, Fourth Judicial District, in *Howard v. Huntley*, No. 4-

15-0313, on two extensions of time. The appeal concerns whether the circuit court correctly dismissed Plaintiff-Appellant's claim to enforce the terms of a settlement agreement. I gave priority to this brief in my work schedule because two extensions of time to file the brief had already been granted.

7. On January 5, 2016, I am scheduled to participate in oral argument on behalf of Respondents in the Illinois Appellate Court, Second District, in *Northern Ill. Serv. Co. v. Illinois Envtl. Protection Agency, et al.*, No. 2-15-0172. The appeal concerns whether an Illinois Pollution Control Board decision in an enforcement action is reviewed under a manifest weight of the evidence standard and whether the Board's finding that Petitioner violated the Illinois Environmental Protection Act should be affirmed under the applicable standard of review.

8. On January 12, 2016, I am scheduled to participate in oral argument on behalf of state Petitioner-Appellee in the Illinois Appellate Court, Fourth District, in *Illinois Dep't of Healthcare & Family Servs. ex rel. Reichert v. Mohlenbrink*, No. 4-14-1021. The appeal concerns whether Respondent-Appellant may deduct the cost of equipment purchases he made for his business from his net income when calculating his child support obligations under the Illinois Marriage and Dissolution of Marriage Act.

9. On January 11, 2016, I am scheduled to file the response brief of state Intervenor, the Illinois Gaming Board, in the Supreme Court of Illinois in *J&J Ventures Gaming, LLC v. Wild, Inc., et al.*, Nos. 119870, 119871, 119872, 119873,

119874 (cons.), on one extension of time. The appeal concerns whether the Board has exclusive jurisdiction over a dispute as to whether a prelicense agreement for the operation of video gaming terminals meets the requirements of a "use agreement" under the Video Gaming Act. I currently am preparing the response brief, and I am giving priority to this brief in my work schedule because one extension of time has already been granted.

10. On January 15, 2016, I am scheduled to file the response brief of state Defendants-Appellees in the United States Court of Appeals for the Seventh Circuit in *Cochran v. Illinois State Toll Highway Auth., et al.*, No. 15-2689, on one extension of time. The appeal concerns whether the way in which Defendants-Appellees collect tolls and fines violates Plaintiff-Appellee's constitutional rights to procedural due process and equal protection of the laws. I am giving priority to this brief in my work schedule because one extension of time has already been granted.

11. I do not request this extension of time for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this appeal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 31, 2015.

/s/ Frank H. Bieszczat
FRANK H. BIESZCZAT
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2234
Fbieszczat@atg.state.il.us

STATE OF ILLINOIS    )
                     )   SS.
COUNTY OF COOK       )

# CERTIFICATE OF FILING AND SERVICE

I certify that on December 31, 2015, I electronically filed the foregoing Motion for Extension of Time to File Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participant in this appeal, named below, is a CM/ECF user and will be served via the CM/ECF system.

Richard Dvorak
Dvorak Law Offices, LLC
6262 Kingery Highway, Suite 305
Willowbrook, Illinois 60527
richard.dvorak@civilrightsdefenders.com

/s/ Frank H. Bieszczat
FRANK H. BIESZCZAT
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2234
Fbieszczat@atg.state.il.us