# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 31, 2015

*By the Court:*

| No. 15-2867 | DAVID RHEIN,<br>Plaintiff - Appellant<br><br>v.<br><br>JOHN COFFMAN, Lieutenant, an Illinois State Police Officer; in his individual capacity,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-00843<br>Northern District of Illinois, Eastern Division<br>District Judge Gary S. Feinerman ||

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE BRIEF**, filed on December 31, 2015, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief of the appellee(s) will be due by February 12, 2016.

2. The reply brief of the appellant(s), if any, will be due by February 26, 2016.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)