# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 1, 2016

*By the Court:*

| | |
|---|---|
| No. 15-2867 | DAVID RHEIN,<br>Plaintiff - Appellant<br><br>v.<br><br>JOHN COFFMAN, Lieutenant, an Illinois State Police Officer; in his individual capacity,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:13-cv-00843<br>Northern District of Illinois, Eastern Division<br>District Judge Gary S. Feinerman |

Upon consideration of the **MOTION TO ORDER TRANSMISSION OF RECORD ON APPEAL**, filed on January 29, 2016, by counsel for the appellee,

IT IS ORDERED that the motion is **GRANTED**. The clerk of the district court shall transmit the record to this court as soon as possible. *See* Cir. R. 11(a).