No. 15-2867

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| DAVID RHEIN, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| Plaintiff-Appellant, | ) | District of Illinois, Eastern |
| | ) | Division |
| v. | ) | |
| | ) | No. 13-843 |
| JOHN COFFMAN, Lieutenant, an Illinois | ) | |
| State Police Officer, in his individual capacity, | ) | The Honorable |
| | ) | GARY S. FEINERMAN, |
| Defendant-Appellee. | ) | Judge Presiding. |

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Defendant-Appellee, John Coffman, moves this court for an extension of time to file his response brief in this appeal from February 12, 2016, to March 14, 2016, and submit the attached declaration in support of this motion.

                                            Respectfully submitted,

                                            LISA MADIGAN
                                            Attorney General
                                            State of Illinois

BY:   /s/ Frank H. Bieszczat
         FRANK H. BIESZCZAT
         Assistant Attorney General
         100 West Randolph Street
         12th Floor
         Chicago, Illinois 60601
         (312) 814-2234
         CivilAppeals@atg.state.il.us
         Fbieszczat@atg.state.il.us

STATE OF ILLINOIS   )
                    )  SS.
COUNTY OF COOK      )

# DECLARATION

I. FRANK H. BIESZCZAT, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. I have personal knowledge of the facts stated in this declaration. If called upon, I could testify competently to those facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of Illinois, and I have been assigned to represent Defendant-Appellee, John Coffman, in this court in this appeal, which is docketed No. 15-2867.

3. The Defendant-Appellee's response brief in this appeal is due to be filed in this court on February 12, 2016, on one extension of time.

4. This motion is being made more than seven days before the brief's due date, as required by Circuit Rule 26.

5. I will be unable to begin drafting the response brief in this appeal, finish the draft, have it reviewed through the regular review process followed by the Civil Appeals Division, finalize the draft, and file the brief in this court by February 12, 2016, for several reasons.

6. On February 2, 2016, I filed a motion to publish a Rule 23 order as an opinion under Illinois Supreme Court Rule 23(f) on behalf of Respondents in the

Illinois Appellate Court, Second District, in *N. Ill. Serv. Co. v. Ill. Envtl. Protection Agency, et al.*, No. 2-15-0172. The appeal concerns whether an Illinois Pollution Control Board decision in an enforcement action is reviewed under the manifest weight of the evidence standard and whether the Board's finding that Petitioner violated various provisions in the Illinois Environmental Protection Act was against the manifest weight of the evidence.

7. On February 16, 2016, I am scheduled to file the response brief of state Intervenor, the Illinois Gaming Board, in the Supreme Court of Illinois in *J&J Ventures Gaming, LLC v. Wild, Inc., et al.*, Nos. 119870, 119871, 119872, 119873, 119874 (cons.), on two extensions of time. The appeal concerns whether the Board has exclusive jurisdiction over a dispute as to whether a location agreement for the placement and operation of video gaming terminals meets the requirements of a "use agreement" under the Video Gaming Act. I currently am preparing the brief, and I am giving priority to this brief in my work schedule because two extensions of time have already been granted.

8. On February 16, 2016, I am scheduled to file the response brief of state Defendants-Appellees in the United States Court of Appeals for the Seventh Circuit in *Cochran v. Ill. State Toll Highway Auth., et al.*, No. 15-2689, on two extensions of time. The appeal concerns whether the way in which Defendants-Appellees collect tolls and fines violates Plaintiff-Appellant's constitutional rights to procedural due process and equal protection of the laws. I currently am preparing the brief, and I am

giving priority to this brief in my work schedule because two extensions of time have already been granted.

9. I do not request this extension of time for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this appeal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on February 2, 2016.

/s/ Frank H. Bieszczat
FRANK H. BIESZCZAT
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2234
CivilAppeals@atg.state.il.us
Fbieszczat@atg.state.il.us

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS. |
| COUNTY OF COOK | ) | |

**CERTIFICATE OF FILING AND SERVICE**

I certify that on February 2, 2016, I electronically filed the foregoing Motion for Extension of Time to File Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participant in this appeal, named below, is a CM/ECF user and will be served via the CM/ECF system.

Richard Dvorak
Dvorak Law Offices, LLC
6262 Kingery Highway, Suite 305
Willowbrook, Illinois 60527
richard.dvorak@civilrightsdefenders.com

/s/ Frank H. Bieszczat
FRANK H. BIESZCZAT
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2234
CivilAppeals@atg.state.il.us
Fbieszczat@atg.state.il.us