

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

Date: February 3, 2016

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re: Rhein et al v. Pryor et al

U.S.D.C. Docket No.: 1:13cv843
U.S.C.A. Docket No.: 15-2867

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S):     2 vol.

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):     1 Flash Drive (Sealed item)

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ Esperanza King, Deputy Clerk

United States of America               }
                                         }

Northern District of Illinois       }
Eastern Division                  }

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

2 volumes of pleadings
1 Flash Drive (sealed items)

**In the cause entitled:**     **Rhein et al v. Pryor et al**

USDC NO.:   1:13cv843
USCA NO.:   15-2867

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 3rd day of February, 2016.

THOMAS G. BRUTON, CLERK

By: /s/Esperanza King, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ ESPERANZA KING
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
February 3, 2016

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:13-cv-00843
## Internal Use Only

Rhein et al v. Pryor et al
Assigned to: Honorable Gary Feinerman

Case in other court:

15-02867

Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 02/01/2013
Date Terminated: 08/06/2015
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Kim Rhein**
*TERMINATED: 08/11/2014*

represented by **Richard J. Dvorak**
Dvorak Law Offices, LLC
6262 Kingery Highway
Suite 305
Willowbrook, IL 60527
312-593-7146
Fax: 312-873-3869
Email:
richard.dvorak@civilrightsdefenders.c
om
*TERMINATED: 08/11/2014*
*LEAD ATTORNEY*

**Iveliz Maria Orellano**
Law Office of the Cook County Public
Defender
Civil Division
2245 W. Ogden, 7th Floor
Chicago, IL 60612
(312) 433-7046
Email: iveliz.m.orellano@gmail.com
*TERMINATED: 08/11/2014*

**Plaintiff**

**David Rhein**                                    represented by **Richard J. Dvorak**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Iveliz Maria Orellano**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Agent Pryor**                                    represented by **Sunil Shashikant Bhave**
*Star Nu7mber 4816, an Illinois State*             Illinois Attorney General
*Police Officer, in his individual*                100 W. Randolph St., 13th Floor
*capacity*                                         Chicago, IL 60601
*TERMINATED: 08/11/2014*                           (312) 814-4450
                                                   Email: sbhave@atg.state.il.us
                                                   *TERMINATED: 08/11/2014*

                                                   **Thor Yukinobu Inouye**
                                                   Illinois Attorney General
                                                   100 West Randolph Street
                                                   Chicago, IL 60601
                                                   (312) 814-3632
                                                   Email: tinouye@atg.state.il.us
                                                   *TERMINATED: 08/11/2014*

**Defendant**

**Agent Summers**                                  represented by **Sunil Shashikant Bhave**
*Star Number 5706, an Illinois State*              (See above for address)
*Police Officer, In his individual*                *TERMINATED: 08/11/2014*
*capacity*
*TERMINATED: 08/11/2014*                           **Thor Yukinobu Inouye**
                                                   (See above for address)
                                                   *TERMINATED: 08/11/2014*

**Defendant**

**Hiram Grau**                                     represented by **Sunil Shashikant Bhave**
*Illinois State Police Director; in his*           (See above for address)

*official capacity*
*TERMINATED: 03/20/2014*

        *TERMINATED: 03/20/2014*

        **Thor Yukinobu Inouye**
        (See above for address)
        *TERMINATED: 03/20/2014*

**Defendant**

**Lisa Madigan**
*an Illinois Attorney General in her official capacity*
*TERMINATED: 04/25/2013*

represented by **Sunil Shashikant Bhave**
(See above for address)
*TERMINATED: 04/25/2014*

        **Thor Yukinobu Inouye**
        (See above for address)
        *TERMINATED: 04/25/2014*

**Defendant**

**John Coffman**
*Lieutanant, an Illinois State Police Officer, in his individual capacity;*

represented by **Sunil Shashikant Bhave**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Thor Yukinobu Inouye**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2013 | 1 | COMPLAINT filed by Kim Rhein, David Rhein; Jury Demand. Filing fee $ 350, receipt number 0752-8005735.(Dvorak, Richard) (Entered: 02/01/2013) |
| 02/01/2013 | 2 | CIVIL Cover Sheet (Dvorak, Richard) (Entered: 02/01/2013) |
| 02/04/2013 | | CASE ASSIGNED to the Honorable Gary Feinerman. Designated as Magistrate Judge the Honorable Young B. Kim. (jn, ) (Entered: 02/04/2013) |
| 02/05/2013 | 3 | ATTORNEY Appearance for Plaintiffs David Rhein, Kim Rhein by Richard J. Dvorak (Dvorak, Richard) (Entered: 02/05/2013) |
| 03/08/2013 | 4 | MINUTE entry before Honorable Gary Feinerman:Initial status hearing set for 4/22/2013 at 9:30 a.m. Initial Status Report shall be filed by 4/15/2013. |

| | | |
|---|---|---|
| | | Please see Judge Feinerman's web page (http://www.ilnd.uscourts.gov, to "District Judges," to "Judge Gary Feinerman," to "Initial Status Hearings" under Case Management Procedures) for details on the initial status hearing and Initial Status Report.Mailed notice. (jlj) (Entered: 03/08/2013) |
| 03/22/2013 | | SUMMONS Issued as to Defendants Hiram Grau, Lisa Madigan, Agent Pryor, Agent Summers (tg, ) (Entered: 03/22/2013) |
| 03/26/2013 | 5 | ATTORNEY Appearance for Defendant Lisa Madigan by Sunil Shashikant Bhave (Bhave, Sunil) (Entered: 03/26/2013) |
| 04/08/2013 | 6 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM*and, alternatively*, MOTION by Defendant Lisa Madigan to dismiss for lack of jurisdiction (Bhave, Sunil) (Entered: 04/08/2013) |
| 04/08/2013 | 7 | MEMORANDUM by Lisa Madigan in support of Motion to Dismiss for Failure to State a Claim, motion to dismiss/lack of jurisdiction 6 (Attachments: # 1 Exhibit Plaintiffs' Complaint, # 2 Exhibit CSWS v. Madigan, 2009 WL 1789368, # 3 Exhibit Sierakowski v. Ryan, 1999 WL 286290)(Bhave, Sunil) (Entered: 04/08/2013) |
| 04/08/2013 | 8 | NOTICE of Motion by Sunil Shashikant Bhave for presentment of Motion to Dismiss for Failure to State a Claim, motion to dismiss/lack of jurisdiction 6 before Honorable Gary Feinerman on 4/11/2013 at 09:00 AM. (Bhave, Sunil) (Entered: 04/08/2013) |
| 04/11/2013 | 9 | ATTORNEY Appearance for Defendant Lisa Madigan by Thor Yukinobu Inouye (Inouye, Thor) (Entered: 04/11/2013) |
| 04/11/2013 | 10 | MINUTE entry before Honorable Gary Feinerman:Motion hearing held. Defendant Madigan's motion for partial dismissal 6 is entered and continued. Plaintiff indicated that he will dismiss his claims against Defendant Madigan if Defendant Grau appears and acknowledges that he is the official responsible for enforcing the challenged Illinois law and thus the proper defendant as to declaratory and injunctive relief. Status hearing scheduled for 4/22/2013 4 is stricken and re-set for 4/25/2013 at 9:30 a.m. Initial joint status report shall be filed by 4/18/2013. Mailed notice. (jlj) (Entered: 04/11/2013) |
| 04/18/2013 | 11 | ATTORNEY Appearance for Defendants Hiram Grau, Agent Pryor, Agent Summers by Sunil Shashikant Bhave (Bhave, Sunil) (Entered: 04/18/2013) |
| 04/18/2013 | 12 | MOTION by Defendants Hiram Grau, Agent Pryor, Agent Summers for extension of time to file answer regarding complaint 1 *or Otherwise Plead-- UNOPPOSED* (Bhave, Sunil) (Entered: 04/18/2013) |
| 04/18/2013 | 13 | NOTICE of Motion by Sunil Shashikant Bhave for presentment of motion for extension of time to file answer, motion for relief 12 before Honorable Gary Feinerman on 4/25/2013 at 09:00 AM. (Bhave, Sunil) (Entered: 04/18/2013) |

| 04/18/2013 | 14 | STATUS Report by David Rhein, Kim Rhein (Dvorak, Richard) (Entered: 04/18/2013) |
|---|---|---|
| 04/18/2013 | 15 | ~~NOTICE by All Plaintiffs re status report 14 (Dvorak, Richard) (Entered: 04/18/2013)~~ |
| 04/24/2013 | 16 | MINUTE entry before Honorable Gary Feinerman:Defendants' unopposed motion for extension of time to answer or otherwise plead 12 is granted. The time for the Illinois State Defendants to answer or otherwise plead to the complaint is extended to 5/29/2013. Motion hearing scheduled for 4/25/2013 13 is stricken.Mailed notice. (jlj) (Entered: 04/24/2013) |
| 04/25/2013 | 17 | MINUTE entry before Honorable Gary Feinerman:Status hearing held and continued to 9/10/2013 at 9:00 a.m. Plaintiff's oral motion to voluntarily dismiss Defendant Lisa Madigan as a party defendant is granted. The Clerk of the Court shall terminate Lisa Madigan as a party defendant. Rule 26(a)(1) disclosures shall be served by 5/20/2013. Initial written discovery requests shall be served by 5/27/2013. Fact discovery shall close 9/23/2013. Dispositive motions shall be filed by 10/23/2013. Parties shall move to amend the pleadings and add new parties by 8/23/2013. If Defendants file a motion to dismiss on 5/29/2013, Plaintiffs' response will be due by 6/19/2013, and reply will be due by 7/3/2013. Mailed notice. (jlj) (Entered: 04/25/2013) |
| 05/29/2013 | 18 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Attachments: # 1 Supplement Memorandum In Support of Defendants' Motion to Dismiss, # 2 Notice of Filing Notice of Motion, # 3 Exhibit Exhibit A to Motion to Dismiss, # 4 Exhibit Exhibit B to Motion to Dismiss, # 5 Exhibit Exhibit C to Motion to Dismiss)(Inouye, Thor) (Entered: 05/29/2013) |
| 05/29/2013 | 19 | ~~NOTICE by Hiram Grau, Agent Pryor, Agent Summers re MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 18 (Inouye, Thor) (Entered: 05/29/2013)~~ |
| 05/30/2013 | 20 | ~~NOTICE of Motion by Thor Yukinobu Inouye for presentment of Motion to Dismiss for Failure to State a Claim, 18 before Honorable Gary Feinerman on 7/11/2013 at 09:00 AM. (Inouye, Thor) (Entered: 05/30/2013)~~ |
| 05/30/2013 | 21 | ~~ATTORNEY Appearance for Defendants Hiram Grau, Agent Pryor, Agent Summers by Thor Yukinobu Inouye (Inouye, Thor) (Entered: 05/30/2013)~~ |
| 06/19/2013 | 22 | MOTION by Plaintiffs David Rhein, Kim Rhein to amend/correct complaint 1 (Attachments: # 1 Exhibit Amended Complaint)(Dvorak, Richard) (Entered: 06/19/2013) |
| 06/19/2013 | 23 | ~~NOTICE of Motion by Richard J. Dvorak for presentment of motion to amend/correct, motion for relief 22 before Honorable Gary Feinerman on 7/11/2013 at 09:00 AM. (Dvorak, Richard) (Entered: 06/19/2013)~~ |

| | | |
|---|---|---|
| 07/03/2013 | 24 | REPLY by Hiram Grau, Agent Pryor, Agent Summers to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 18 (Attachments: # 1 Exhibit Pls. Original Complaint, # 2 Exhibit Pls. Am. Comp.)(Bhave, Sunil) (Entered: 07/03/2013) |
| 07/11/2013 | 25 | MINUTE entry before Honorable Gary Feinerman: Motion hearing held. For the reasons stated on the record, Defendant Lisa Madigan's motion to dismiss 6 is denied without prejudice as moot. For the reasons stated on the record, Defendants' motion to dismiss 18 is denied without prejudice as moot. For the reasons stated on the record, Plaintiffs' motion to amend complaint 22 is granted without prejudice to Defendants challenging the amended complaint on any grounds, including, without limitation, the statute of limitations and any other arguments set forth in their reply brief 24 . Plaintiffs shall file the amended complaint as a separate docket entry. Defendants shall filed their motion to dismiss by 8/1/2013; response due by 8/16/2013; reply due by 8/30/2013. The parties' oral motion to file oversized briefs is granted. The initial and response briefs may be 20 pages in length. Written discovery shall go forward. Deposition discovery is deferred pending resolution of the motion to dismiss. Status hearing set for 9/18/2013 at 9:30 a.m. Mailed notice (meg, ) (Entered: 07/12/2013) |
| 08/01/2013 | 26 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Bhave, Sunil) (Entered: 08/01/2013) |
| 08/01/2013 | 27 | MEMORANDUM by Hiram Grau, Agent Pryor, Agent Summers in support of Motion to Dismiss for Failure to State a Claim 26 (Bhave, Sunil) (Entered: 08/01/2013) |
| 08/01/2013 | 28 | EXHIBIT by Defendants Hiram Grau, Agent Pryor, Agent Summers regarding memorandum in support of motion 27 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Bhave, Sunil) (Entered: 08/01/2013) |
| 08/16/2013 | 29 | *FIRST* AMENDED complaint by Kim Rhein, David Rhein against All Defendants (Dvorak, Richard) (Entered: 08/16/2013) |
| 08/16/2013 | 30 | RESPONSE by David Rhein, Kim Rheinin Opposition to Motion to Dismiss for Failure to State a Claim 26 (Dvorak, Richard) (Docket text modified by Clerk's Office.) (Entered: 08/16/2013) |
| 08/22/2013 | 31 | MOTION by Defendants John Coffman, Hiram Grau, Agent Pryor, Agent Summers for extension of time *UNOPPOSED* (Bhave, Sunil) (Entered: 08/22/2013) |
| 08/22/2013 | 32 | ~~NOTICE of Motion by Sunil Shashikant Bhave for presentment of extension of time 31 before Honorable Gary Feinerman on 8/28/2013 at 09:00 AM. (Bhave, Sunil) (Entered: 08/22/2013)~~ |
| 08/22/2013 | 33 | MINUTE entry before Honorable Gary Feinerman:Unopposed motion for extension of time 31 is granted. Defendants' reply brief in support of the motion to dismiss 26 shall be filed by 9/6/2013. Status hearings set for |

| | | |
|---|---|---|
| | | 9/10/2013 17 and 9/18/2013 25 are stricken and re-set for 10/10/2013 at 9:00 a.m. Motion hearing scheduled for 8/28/2013 32 is stricken.Mailed notice. (jlj) (Entered: 08/22/2013) |
| 09/06/2013 | 34 | REPLY by John Coffman, Hiram Grau, Agent Pryor, Agent Summers to response in opposition to motion 30 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 26 , memorandum in support of motion 27 (Bhave, Sunil) (Entered: 09/06/2013) |
| 10/07/2013 | 35 | MINUTE entry before Honorable Gary Feinerman: Status hearing set for 10/10/2013 33 is stricken and re-set for 11/20/2013 at 9:00 a.m.Mailed notice. (jlj) (Entered: 10/07/2013) |
| 11/18/2013 | 36 | MINUTE entry before Honorable Gary Feinerman: Status hearing set for 11/20/2013 35 is stricken and re-set for 12/18/2013 at 9:30 a.m.Mailed notice. (jlj) (Entered: 11/18/2013) |
| 12/16/2013 | 37 | MINUTE entry before the Honorable Gary Feinerman:Status hearing set for 12/18/2013 36 is stricken and re-set for 1/27/2014 at 9:00 a.m.Mailed notice. (jlj) (Entered: 12/16/2013) |
| 01/24/2014 | 38 | MINUTE entry before the Honorable Gary Feinerman: Status hearing set for 1/27/2014 37 is stricken and re-set for 2/24/2014 at 9:00 a.m.Mailed notice. (jlj) (Entered: 01/24/2014) |
| 02/20/2014 | 39 | MINUTE entry before the Honorable Gary Feinerman: The court anticipates that the pending motion to dismiss 26 will be denied as to all of Plaintiffs' claims except for those claims alleging that the challenged statutes are facially unconstitutional. Accordingly, the stay of deposition discovery is lifted. Status hearing set for 2/24/2014 38 is stricken and re-set for 3/24/2014 at 9:30 a.m.Mailed notice. (jlj) (Entered: 02/20/2014) |
| 03/11/2014 | 40 | MINUTE entry before the Honorable Gary Feinerman:By agreement of the parties, status hearing set for 3/24/2014 39 is stricken and re-set for 3/17/2014 at 9:30 a.m.Mailed notice. (jlj) (Entered: 03/11/2014) |
| 03/17/2014 | 41 | MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 6/5/2014 at 9:00 a.m. Discovery shall close 6/2/2014. Dispositive motions shall be filed by 6/30/2014. A ruling on the pending motion to dismiss will issue shortly.Mailed notice. (jlj) (Entered: 03/18/2014) |
| 03/20/2014 | 42 | MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendants' motion to dismiss 26 is granted in part and denied in part. Plaintiffs' facial challenge to the constitutionality of 430 ILCS 65/8(f) is dismissed without prejudice for lack of standing. Plaintiffs' individual capacity damages claims may proceed. The Clerk is directed to terminate Hiram Grau as a party defendant. Defendants Pryor, Summers, and Coffman shall answer the surviving portions of the amended complaint 29 by 4/10/2014.Mailed |

| | | |
|---|---|---|
| | | notice. (jlj) (Entered: 03/20/2014) |
| 03/20/2014 | 43 | MEMORANDUM Opinion and Order Written by the Honorable Gary Feinerman on 3/20/2014.Mailed notice.(jlj) (Entered: 03/20/2014) |
| 04/09/2014 | 44 | ANSWER to amended complaint *with Affirmative Defenses and Jury Demand* by John Coffman, Agent Pryor, Agent Summers(Bhave, Sunil) (Entered: 04/09/2014) |
| 05/05/2014 | 45 | MOTION by Defendants John Coffman, Agent Pryor, Agent Summers for extension of time to complete discovery *JOINT MOTION* (Bhave, Sunil) (Entered: 05/05/2014) |
| 05/05/2014 | 46 | ~~NOTICE of Motion by Sunil Shashikant Bhave for presentment of motion for extension of time to complete discovery 45 before Honorable Gary Feinerman on 5/12/2014 at 09:00 AM. (Bhave, Sunil) (Entered: 05/05/2014)~~ |
| 05/06/2014 | 47 | MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time to complete discovery 45 is granted. The discovery deadline is extended to 7/15/2014. The dispositive motion deadline is extended to 8/12/2014. Motion hearing scheduled for 5/12/2014 46 is stricken. Status hearing set for 6/5/2014 41 is stricken and re-set for 7/8/2014 at 9:00 a.m.Mailed notice. (jlj) (Entered: 05/06/2014) |
| 06/13/2014 | 48 | MOTION by Defendants John Coffman, Agent Pryor, Agent Summers to take deposition of Alan Childs and Michelle Howell *and examine pertinent records, UNOPPOSED* (Bhave, Sunil) (Entered: 06/13/2014) |
| 06/13/2014 | 49 | ~~NOTICE of Motion by Sunil Shashikant Bhave for presentment of motion to take deposition 48 before Honorable Gary Feinerman on 6/30/2014 at 09:00 AM. (Bhave, Sunil) (Entered: 06/13/2014)~~ |
| 06/13/2014 Flash Drive | 50 | SEALED DOCUMENT by Defendants John Coffman, Agent Pryor, Agent Summers (Bhave, Sunil) (Entered: 06/13/2014) |
| 06/13/2014 | 51 | MOTION by Defendants John Coffman, Agent Pryor, Agent Summers to seal document sealed document 50 *UNOPPOSED* (Bhave, Sunil) (Entered: 06/13/2014) |
| 06/13/2014 | 52 | ~~NOTICE of Motion by Sunil Shashikant Bhave for presentment of motion to seal document, motion for relief 51 before Honorable Gary Feinerman on 6/30/2014 at 09:00 AM. (Bhave, Sunil) (Entered: 06/13/2014)~~ |
| 06/16/2014 | 53 | MINUTE entry before the Honorable Gary Feinerman:Unopposed motion for leave to take deposition of Dr. Alan Childs and Dr. Michelle Howell 48 is granted. Enter agreed order. Unopposed motion for leave to file document under seal 51 is granted. Motion hearings scheduled for 6/30/2014 49 and 52 are stricken. Mailed notice. (jlj, ) (Entered: 06/16/2014) |

| | | |
|---|---|---|
| 06/16/2014 | 54 | ORDER Signed by the Honorable Gary Feinerman on 6/16/2014.Mailed notice.(jlj, ) (Entered: 06/16/2014) |
| 06/16/2014 | 55 | ~~ATTORNEY Appearance for Plaintiffs David Rhein, Kim Rhein by Iveliz Maria Orellano (Orellano, Iveliz) (Entered: 06/16/2014)~~ |
| 06/30/2014 | 56 | MOTION by Plaintiff David Rhein to quash *subpoenas* (Attachments: # 1 Exhibit A)(Dvorak, Richard) (Entered: 06/30/2014) |
| 06/30/2014 | 57 | ~~NOTICE of Motion by Richard J. Dvorak for presentment of motion to quash 56 before Honorable Gary Feinerman on 7/8/2014 at 09:00 AM. (Dvorak, Richard) (Entered: 06/30/2014)~~ |
| 07/08/2014 | 58 | MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held. Plaintiff's motion to quash subpoena 56 is entered and continued to 7/16/2014 at 9:00 a.m. Dispositive motions shall be filed by 8/12/2014; responses due by 9/9/2014; replies due by 9/23/2014.Mailed notice. (jlj, ) (Entered: 07/09/2014) |
| 07/16/2014 | 59 | MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reason stated on the record, Plaintiff's motion to quash 56 is denied. Status hearing set for 11/18/2014 at 9:00 a.m. Mailed notice. (jlj, ) (Entered: 07/18/2014) |
| 08/08/2014 | 60 | MOTION by Plaintiffs David Rhein, Kim Rhein to dismiss Defendants Summers and Pryor, all claims asserted by Plaintiff Kim Rhein, and Plaintiffs' First, Second, and Fourth Amendment claims (Orellano, Iveliz) (Entered: 08/08/2014) |
| 08/08/2014 | 61 | ~~NOTICE of Motion by Iveliz Maria Orellano for presentment of motion for miscellaneous relief 60 before Honorable Gary Feinerman on 8/14/2014 at 09:00 AM. (Orellano, Iveliz) (Entered: 08/08/2014)~~ |
| 08/08/2014 | 62 | MOTION by Defendants John Coffman, Hiram Grau, Agent Pryor, Agent Summers for extension of time to file *Summary Judgment* (Bhave, Sunil) (Entered: 08/08/2014) |
| 08/08/2014 | 63 | ~~NOTICE of Motion by Sunil Shashikant Bhave for presentment of motion for extension of time to file 62 before Honorable Gary Feinerman on 8/14/2014 at 09:00 AM. (Bhave, Sunil) (Entered: 08/08/2014)~~ |
| 08/11/2014 | 64 | MINUTE entry before the Honorable Gary Feinerman:Agreed motion to voluntarily dismiss Defendants Pryor and Summers, all Claims asserted by Plaintiff Kim Rhein, and Plaintiff's First, Second and Fourth Amendment Claims 60 is granted. The claims against Defendants Pryor and Summers are dismissed with prejudice and without costs. The claims of Plaintiff Kim Rhein are dismissed with prejudice and without costs. The Clerk is directed to terminate Agent Pryor and Agent Summers as party defendants and to terminate Kim Rhein as a party plaintiff. Plaintiff David Rhein's First, Second, and Fourth Amendment claims are dismissed with prejudice and |

| | | |
|---|---|---|
| | | without costs. The only remaining claims are Plaintiff David Rheins due process claims against Defendant Coffman. Defendants' unopposed motion for extension of time to file cross-motion for summary judgment 62 is granted. The dispositive motion deadline is extended to 9/12/2014; responses due by 10/10/2014; replies due by 10/24/2014. Status hearing set for 11/18/2014 59 is stricken and re-set for 12/10/2014 at 9:00 a.m. Motion hearings scheduled for 8/14/2014 61 and 63 are stricken.Mailed notice. (jlj, ) (Entered: 08/11/2014) |
| 09/12/2014 | 65 | MOTION by Defendant John Coffman for summary judgment (Bhave, Sunil) (Entered: 09/12/2014) |
| 09/12/2014 | 66 | MEMORANDUM by John Coffman in support of motion for summary judgment 65 (Bhave, Sunil) (Entered: 09/12/2014) |
| 09/12/2014 | 67 | RULE 56 56.1(a)(3) Statement by John Coffman regarding motion for summary judgment 65 (Attachments: # 1 Exhibit Dep of John Coffman, # 2 Exhibit Pl. First Am. Complaint, # 3 Exhibit Dep of Steven Pryor, # 4 Exhibit Email of Steven Pryor, # 5 Exhibit Dep of David Rhein, # 6 Exhibit Declaration of Donna Fanning, # 7 Exhibit Dep of Larry Boggs, # 8 Exhibit Pl. Response to Request to Admit, # 9 Exhibit Letter of John Coffman, # 10 Exhibit Circuit Court Order, 2012 COMS 000003, # 11 Exhibit Dep of Alan Childs, # 12 Exhibit Dep of Michelle Howell)(Bhave, Sunil) (Entered: 09/12/2014) |
| 09/12/2014 | 68 | RULE 56.1(a)(3) Plaintiff's Undisputed Material Facts Statement (Attachments: # 1 Exhibit Exhibit A - Plaintiff's Deposition, # 2 Exhibit Exhibit B - Plaintiff's Affidavit, # 3 Exhibit Exhibit C - Defendant Coffman Deposition Group Exhibit No. 3, # 4 Exhibit Exhibit D - Exhibit D - Agent Summers' Deposition, # 5 Exhibit Exhibit E - Agent Pryor's Deposition, # 6 Exhibit Exhibit F - Defendant Coffman's Deposition, # 7 Exhibit Exhibit G - Defendant Coffman's Answers to Plaintiff's Interrogatories, # 8 Exhibit Exhibit H - Defendant Coffman Deposition Group Exhibit No. 2)(Orellano, Iveliz) (Entered: 09/12/2014) |
| 09/12/2014 | 69 | MOTION by Plaintiff David Rhein for summary judgment (Dvorak, Richard) (Entered: 09/12/2014) |
| 09/12/2014 | 70 | MEMORANDUM motion for summary judgment 69 by David Rhein (Dvorak, Richard) (Entered: 09/12/2014) |
| 09/15/2014 | 71 | ~~ATTORNEY Appearance for Defendant John Coffman by Thor Yukinobu Inouye (Inouye, Thor) (Entered: 09/15/2014)~~ |
| 10/08/2014 | 72 | MOTION by Plaintiff David Rhein for extension of time to file response/reply *UNOPPOSED* (Orellano, Iveliz) (Entered: 10/08/2014) |
| 10/08/2014 | 73 | ~~NOTICE of Motion by Iveliz Maria Orellano for presentment of motion for extension of time to file response/reply 72 before Honorable Gary Feinerman on 10/14/2014 at 09:00 AM. (Orellano, Iveliz) (Entered:~~ |

| | | |
|---|---|---|
| | | ~~10/08/2014)~~ |
| 10/10/2014 | [74](#) | MINUTE entry before the Honorable Gary Feinerman:Plaintiff's unopposed motion for extension of time to respond to defendant's motion for summary judgment [72](#) is granted. The time for the parties to respond to each other's summary judgment motions [65](#) [69](#) is extended to 10/13/2014. Motion hearing scheduled for 10/14/2014 [73](#) is stricken.Mailed notice. (jlj, ) (Entered: 10/10/2014) |
| 10/13/2014 | [75](#) | RULE 56.1 (b)(3) Statement *in Response to Defendant's Local Rule 56.1(a)(3) Statement* (Attachments: # [1](#) Exhibit Dr. Howell Deposition, # [2](#) Exhibit Dr. Childs Deposition)(Orellano, Iveliz) (Entered: 10/13/2014) |
| 10/13/2014 | [76](#) | RESPONSE by John Coffmanin Opposition to MOTION by Plaintiff David Rhein for summary judgment [69](#) (Bhave, Sunil) (Entered: 10/13/2014) |
| 10/13/2014 | [77](#) | RESPONSE by Defendant John Coffman to Rule 56 statement,, [68](#) *Response to Plaintiff's 56.1 Statement of Undisputed Facts* (Attachments: # [1](#) Exhibit Deposition of John Coffman, # [2](#) Exhibit Deposition of Steven Pryor)(Bhave, Sunil) (Entered: 10/13/2014) |
| 10/13/2014 | [78](#) | RESPONSE by David Rheinin Opposition to MOTION by Defendant John Coffman for summary judgment [65](#) (Dvorak, Richard) (Entered: 10/13/2014) |
| 10/14/2014 | [79](#) | MOTION by Plaintiff David RheinLeave to File Additional Facts or for Alternative Relief and/or Motion to Strike Defendant's Purported Motions to Strike *in Defendant's Response to Plaintiff's Statement of Facts* (Orellano, Iveliz) (Entered: 10/14/2014) |
| 10/14/2014 | [80](#) | ~~NOTICE of Motion by Iveliz Maria Orellano for presentment of motion for miscellaneous relief, 79 before Honorable Gary Feinerman on 10/21/2014 at 09:00 AM. (Orellano, Iveliz) (Entered: 10/14/2014)~~ |
| 10/15/2014 | [81](#) | RESPONSE by John Coffmanin Opposition to MOTION by Plaintiff David RheinLeave to File Additional Facts or for Alternative Relief and/or Motion to Strike Defendant's Purported Motions to Strike *in Defendant's Response to Plaintiff's Statement of Facts* [79](#) (Bhave, Sunil) (Entered: 10/15/2014) |
| 10/15/2014 | [82](#) | MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion seeking leave to file additional facts or for alternative relief, and plaintiff's motion to strike defendant's purported motions to strike [79](#) is granted. Plaintiff is given retroactive leave to file an additional 21 statements of fact to his LR 56.1(a)(3) statement. Defendant has already responded to the additional statements of fact, and in any event Plaintiff likely could have formatted the substance of his LR 56.1(a)(3) statement into 80 or fewer paragraphs. Motion hearing scheduled for 10/21/2014 [80](#) is stricken.Mailed notice. (jlj, ) (Entered: 10/15/2014) |
| 10/24/2014 | [83](#) | REPLY by John Coffman to response in opposition to motion [78](#) (Bhave, |

| | | |
|---|---|---|
| | | Sunil) (Entered: 10/24/2014) |
| 10/24/2014 | 84 | REPLY by David Rhein to response in opposition to motion 76 (Dvorak, Richard) (Entered: 10/24/2014) |
| 12/08/2014 | 85 | MINUTE entry before the Honorable Gary Feinerman: Status hearing set for 12/10/2014 64 is stricken and re-set for 1/21/2015 at 9:00 a.m.Mailed notice. (jlj, ) (Entered: 12/08/2014) |
| 01/16/2015 | 86 | MINUTE entry before the Honorable Gary Feinerman: Status hearing set for 12/21/2014 85 is stricken and re-set for 2/25/2015 at 9:00 a.m. Mailed notice (lcw, ) (Entered: 01/16/2015) |
| 01/20/2015 | 87 | NOTICE by Richard J. Dvorak of Change of Address (Dvorak, Richard) (Entered: 01/20/2015) |
| 02/23/2015 | 88 | MINUTE entry before the Honorable Gary Feinerman: The 2/25/2015 status hearing 86 is stricken and reset for 3/25/2015 at 9:00 a.m. Mailed notice (lcw, ) (Entered: 02/23/2015) |
| 03/23/2015 | 89 | MINUTE entry before the Honorable Gary Feinerman: The 3/25/2015 status hearing 88 is stricken and re-set for 4/28/2015 at 9:00 a.m. Mailed notice (lcw, ) (Entered: 03/23/2015) |
| 04/24/2015 | 90 | MINUTE entry before the Honorable Gary Feinerman:The status hearing set for 4/28/2015 89 is stricken and re-set for 5/26/2015 at 9:00 a.m.Mailed notice. (jlj, ) (Entered: 04/24/2015) |
| 05/13/2015 | 91 | MOTION by Plaintiff David Rhein for Leave to Cite Additional Authority in Support of Plaintiff's Summary Judgment Motion (Attachments: # 1 Exhibit Armstrong v. Daily, et. al., Nos. 13-3424, 13-3482 (7th Cir. May 11, 2015))(Orellano, Iveliz) (Entered: 05/13/2015) |
| 05/13/2015 | 92 | NOTICE of Motion by Iveliz Maria Orellano for presentment of motion for miscellaneous relief, 91 before Honorable Gary Feinerman on 5/20/2015 at 09:00 AM. (Orellano, Iveliz) (Entered: 05/13/2015) |
| 05/18/2015 | 93 | MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion for leave to cite additional authority in support of his motion for summary judgment 91 is denied without prejudice. Plaintiff may renew his motion if he very briefly explains which portion of the Armstrong opinion is relevant to which arguments he made in his summary judgment papers. Motion hearing set for 5/20/2015 92 is stricken.Mailed notice. (jlj, ) (Entered: 05/18/2015) |
| 05/20/2015 | 94 | MOTION by Plaintiff David Rheinfor Leave to Cite Additional Authority in Support of Plaintiff's Summary Judgment Motion and in Opposition to Defendant's Motion for Summary Judgment (Orellano, Iveliz) (Entered: 05/20/2015) |
| 05/20/2015 | 95 | NOTICE of Motion by Iveliz Maria Orellano for presentment of motion for miscellaneous relief 94 before Honorable Gary Feinerman on 5/26/2015 at |

| | | |
|---|---|---|
| | | 09:00 AM. (Orellano, Iveliz) (Entered: 05/20/2015) |
| 05/22/2015 | 96 | MINUTE entry before the Honorable Gary Feinerman:Plaintiff's renewed motion for leave to cite additional authority in support of his motion for summary judgment and in opposition to defendant's motion for summary judgment 94 is granted. Motion hearing set for 5/26/2015 95 is stricken. Status hearing set for 5/26/2015 90 is stricken and re-set for 6/15/2015 at 9:00 a.m.Mailed notice. (jlj, ) (Entered: 05/22/2015) |
| 06/12/2015 | 97 | MINUTE entry before the Honorable Gary Feinerman: Status hearing set for 6/15/2015 96 is stricken and re-set for 7/20/2015 at 9:00 a.m.Mailed notice. (jlj, ) (Entered: 06/12/2015) |
| 07/16/2015 | 98 | MINUTE entry before the Honorable Gary Feinerman: Status hearing set for 7/20/2015 97 is stricken and re-set for 8/17/2015 at 9:00 a.m.Mailed notice. (jlj, ) (Entered: 07/16/2015) |
| 08/06/2015 | 99 | MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendant John Coffman's summary judgment motion 65 is granted and Plaintiff David Rhein's summary judgment motion 69 is denied. Enter judgment order. Status hearing set for 8/17/2015 58 is stricken. Civil case closed.Mailed notice. (jlj, ) (Entered: 08/06/2015) |
| 08/06/2015 | 100 | MEMORANDUM Opinion and Order Written by the Honorable Gary Feinerman on 8/6/2015.Mailed notice.(jlj, ) (Entered: 08/06/2015) |
| 08/06/2015 | 101 | ENTERED JUDGMENT on 8/6/2015.Mailed notice.(jlj, ) (Entered: 08/06/2015) |
| 08/28/2015 | 102 | NOTICE of appeal by David Rhein regarding orders 100 , 101 , 99 Filing fee $ 505, receipt number 0752-11028293. (Dvorak, Richard) (Entered: 08/28/2015) |
| 08/28/2015 | 103 | DOCKETING Statement by David Rhein regarding notice of appeal 102 (Dvorak, Richard) (Entered: 08/28/2015) |
| 08/31/2015 | 104 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 102 . (ea, ) (Entered: 08/31/2015) |
| 08/31/2015 | 105 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 102 . Notified counsel. (ea, ) (Entered: 08/31/2015) |
| 08/31/2015 | 106 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 102 ; USCA Case No. 15-2867. (tt, ) (Entered: 09/01/2015) |
| 02/02/2016 | 107 | ORDER dated 02/01/2016 from the USCA Seventh Circuit regarding notice of appeal 102 ; Appellate case no. : 15-2867: Upon consideration of the MOTION TO ORDER TRANSMISSION OF RECORD ON APPEAL, filed on January 29, 2016, by counsel for the appellee, IT IS ORDERED that the motion is GRANTED. The clerk of the district court shall transmit the record to this court as soon as possible. See Cir. R. 11(a). (tt, ) (Entered: |

| | 02/03/2016) | |

**KEY**

**A majority of all items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These item are sent under a separate certificate.**
**N/A: These items are not available.**