# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 11, 2016

To: Thomas G. Bruton  
UNITED STATES DISTRICT COURT  
Northern District of Illinois  
Chicago , IL 60604-0000

| | |
|---|---|
| No. 15-2867 | DAVID RHEIN,<br>Plaintiff - Appellant<br><br>v.<br><br>JOHN COFFMAN, Lieutenant, an Illinois State Police Officer; in his individual capacity,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-00843<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:     No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                              **Received by:**


_____          _____


form name: **c7_Mandate**(form ID: **135**)